FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 1 2 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1L24-CV-2555MHC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RYM HIVING / Affiliate

was received by me on *(date)* 3/10/24 .

☒ I personally served the summons on the individual at *(place)* M hiring Affiliate Agent
289 S. Cutler Dt. Lawrenceville. Ga 30046
on *(date)* 7/11/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 125,00 for travel and $ _____ for services, for a total of $ 25,00 .

I declare under penalty of perjury that this information is true.

Date: 7/10/24

_____
*Server's signature*

_____
*Printed name and title*

h. Marrw
15 Hanword Ct. Covington, Ga
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

| | |
|---|---|
| Jamison Stiriling<br>Jason Sayles<br><br><br>*Plaintiff(s)*<br>v.<br>TK Elevator Corporation<br>Sedgwick Claims Managment<br>Kings III of America, LLC<br>RPM Living, d/b/a Altitiude Apartments<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1L24-CV-2555MHC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RPM Living, LLC d/b/a Altitude Apartments
CT Corporation
289 S. Culvert St.
Lawrenceville, GA 30046

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jamison Stiriling
2212 Peachtree Road NE
D467
Atlanta, GA 30309

and

Jason Sayles
7238 St Andrews Place
St. Louis, Missouri 63121

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: JUL 0 8 2024

*Signature of Clerk or Deputy Clerk*